## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Domenic Cusano Jr., et al.

         Plaintiff,

v.                 Case No.: 1:22−cv−07196
                Honorable Mary M. Rowland

Cook County, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 21, 2023:

   MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the Joint Stipulation of Dismissal and in light of the repeal of the Cook County Source Grow Grant Program, this action is dismissed without prejudice. All parties shall bear their own costs and attorney's fees. Defendants' motion to dismiss [28] and Plaintiffs' motion to certify class [5] are denied as moot. Any pending deadlines are stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.